```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              FEB 1 9 2008

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>Willie Ward<br><br>              Defendant. | CR 08-169-15<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A.    ( ✓ ) On motion of the Government involving an alleged

    1.  ( )    crime of violence;

    2.  ( )    offense with maximum sentence of life imprisonment or death;

    3.  ( ✓ )  narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4.  ( )    felony - defendant convicted of two or more prior offenses described above.

B.    On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

    1.  ( ) serious risk defendant will flee;

2.   ( ) serious risk defendant will

       a. ( ) obstruct or attempt to obstruct justice;

       b. ( )threaten, injure, or intimidate a prospective

         witness or juror or attempt to do so.

*on the present record that*

The Court finds no condition or combination of conditions will reasonable assure:

A.   ( ✓ appearance of defendant as required; and/or

B.   ( ✓ safety of any person or the community;

III.

The Court has considered:

A.   ( ✓ the nature and circumstances of the offense;

B.   ( ✓ the weight of evidence against the defendant;

C.   ( ✓ the history and characteristics of the defendant;

D.   ( ✓ the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.   ( ✓ Defendant poses a risk to the safety of other persons or the community because: *NATURE OF CHARGES*

_____

_____

_____

_____

_____

_____

///

///

CR - 94 (02/94)          ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))          -2-

B.    (✓)  History and characteristics indicate a serious risk
          that defendant will flee because:_____
          _Nature of charges (severity_
          _of potential punishment)_____
          _____
          _____

C.    ( )  A serious risk exists that defendant will:
          1.  ( ) obstruct or attempt to obstruct justice;
          2.  ( ) threaten, injure or intimidate a witness/
          juror; because:_____
          _____
          _____
          _____

D.    (✓)  Defendant has not rebutted by sufficient evidence to
          the contrary the presumption provided in 18 U.S.C.
          § 3142 (e) *without prejudice*

IT IS ORDERED that defendant be detained prior to trial.

    IT IS FURTHER ORDERED that defendant be confined as far as
practicable in a corrections facility separate from persons awaiting
or serving sentences or person held pending appeal.

    IT IS FURTHER ORDERED that defendant be afforded reasonable
opportunity for private consultation with his counsel.

    DATED:___2/19/08_____

                              _____
                              U.S. MAGISTRATE JUDGE / DISTRICT JUDGE